IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DIOVANNI WHITMIRE,

        Plaintiff,                  No. CIV S-09-1919 EFB P

    vs.

ROBIN KEENEY,

        Defendant.          ORDER

_____/

      Plaintiff is confined in a county jail and is proceeding without counsel in an action brought under 42 U.S.C. §1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1).

      Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." Plaintiff has not submitted a certified copy of his trust account statement or the institutional equivalent.

////

1  Accordingly, plaintiff has 30 days from the date this order is served to submit the
2  required trust account statement.  Failure to comply with this order will result in a
3  recommendation that this action be dismissed.  The Clerk of the court is directed to send to
4  plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.
5  So ordered.
6  Dated: July 24, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2